0058-1L-EPICXX-00616609-1026132

# United States Bankruptcy Court

For The
District of Nebraska

**IN RE:**   MARSHA ELLEN LABS

CASE NUMBER   18-81306-TLS
CLAIM NUMBER  024

DEBTOR(S)

(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM

A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at:   13930 Gold Circle, Suite 201, Omaha, NE  68144-2304 or by fax at: 402.530.1879

Account No.:   9607

PORTFOLIO RECOVERY ASSOCIATES
PO BOX  41067
NORFOLK, VA 23541

AMOUNT:                              832.02

Classified as:                    Unsecured

**INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT.   UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN.   OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

NOTICE CONCERNING STALE CLAIMS:  All claims filed for payment are subject to the  claims resolution process, including objection.

*A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§152, 157 and 3571.*

DATED:  12/04/2018

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

PORTFOLIO RECOVERY ASSOCIATES
PO BOX  41067
NORFOLK, VA 23541

0058-1L-EPICXX-00616607-1026130

# United States Bankruptcy Court

For The

District of Nebraska

**IN RE:**    MARSHA ELLEN LABS

CASE NUMBER  18-81306-TLS

CLAIM NUMBER  040

DEBTOR(S)

(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM

A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at:   13930 Gold Circle, Suite 201, Omaha, NE  68144-2304 or by fax at: 402.530.1879

Account No.:   6206

WELLS FARGO BANK, NA
DBA WELLS FARGO AUTO
PO BOX 130000
RALEIGH, NC 27605

AMOUNT:                                 15,937.50

Classified as:                          Secured

**INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT.   UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN.   OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

NOTICE CONCERNING STALE CLAIMS:  All claims filed for payment are subject to the  claims resolution process, including objection.

*A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§152, 157 and 3571.*

DATED: 12/04/2018

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
_____
Kathleen A. Laughlin

WELLS FARGO BANK, NA
DBA WELLS FARGO AUTO
PO BOX 130000
RALEIGH, NC 27605

0058-1L-EPICXX-00616605-1026128

# United States Bankruptcy Court

For The
District of Nebraska

**IN RE:**   MARSHA ELLEN LABS

CASE NUMBER   18-81306-TLS
CLAIM NUMBER   004

DEBTOR(S)

(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM

A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at:   13930 Gold Circle, Suite 201, Omaha, NE  68144-2304 or by fax at: 402.530.1879

Account No.:   0671

CARRINGTON MORTGAGE SERVICES LLC
BANKRUPTCY DEPARTMENT
1600 SOUTH DOUGLASS ROAD
ANAHEIM, CA 92806

AMOUNT:                          299,610.29

Classified as:                        Secured

**INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT.   UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN.   OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

NOTICE CONCERNING STALE CLAIMS:  All claims filed for payment are subject to the  claims resolution process, including objection.

*A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§152, 157 and 3571.*

DATED:  12/04/2018

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

CARRINGTON MORTGAGE SERVICES LLC
BANKRUPTCY DEPARTMENT
1600 SOUTH DOUGLASS ROAD
ANAHEIM, CA 92806

0058-1L-EPICXX-00616603-1026126

# United States Bankruptcy Court

For The
District of Nebraska

IN RE:   MARSHA ELLEN LABS

CASE NUMBER   18-81306-TLS
CLAIM NUMBER  004A

DEBTOR(S)

(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM

A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at:   13930 Gold Circle, Suite 201, Omaha, NE  68144-2304 or by fax at: 402.530.1879

Account No.:   0671

CARRINGTON MORTGAGE SERVICES LLC
BANKRUPTCY DEPARTMENT
1600 SOUTH DOUGLASS ROAD
ANAHEIM, CA 92806

AMOUNT:                          38,460.96

Classified as:                   Secured

**INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT.   UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN.   OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

NOTICE CONCERNING STALE CLAIMS:  All claims filed for payment are subject to the  claims resolution process, including objection.

*A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§152, 157 and 3571.*

DATED: 12/04/2018

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

CARRINGTON MORTGAGE SERVICES LLC
BANKRUPTCY DEPARTMENT
1600 SOUTH DOUGLASS ROAD
ANAHEIM, CA 92806