# United States Bankruptcy Court
For The
District of Nebraska

**IN RE:**

RONNIE JEROME EGGERSON
8708 NORTH 52ND AVE
OMAHA, NE 68152

DEBRA LOUISE EGGERSON
8708 NORTH 52ND AVE
OMAHA, NE 68152

CASE No. 18-81307-TLS

SS #1 XXX-XX-5890
SS #2 XXX-XX-7353

## NOTICE CONCERNING CLAIMS

Pursuant to Nebraska Rule of Bankruptcy 3007-1(C)(1), the trustee has reviewed the proofs of claim filed in this case and the claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 001 | CHASE / ATTN: CORRESPONDENCE DEPT/BANKRUPTCY P.O. BOX 15298 / WILMINGTON, DE 19850 | None | | Not Filed |
| 002 | CITIBANK/HOME DEPOT / ATTN CENTRALIZED BANKRUPTCY PO BOX 20507 / KANSAS CITY, MO 64195 | None | | Not Filed |
| 003 | COMENITY BANK/GORDMANS / PO BOX 182789 COLUMBUS, OH 43218 | None | | Not Filed |
| 004 | COMENITY BANK/NEW YORK AND COMPANY / ATTN: BANKRUPTCY PO BOX 182686 / COLUMBUS, OH 43218 | None | | Not Filed |
| 005 | COMENITY BANK/YOUNKERS / 3100 EASTON SQUARE PL COLUMBUS, OH 43219 | None | | Not Filed |
| 006 | DISH NETWORK / 1675 LARIMER ST DENVER, CO 80202 | None | | Not Filed |
| 007 | DIVERSIFIED CONSULTANTS INC / PO BOX 551268 JACKSONVILLE, FL 32255 | None | | Not Filed |
| 008 | ERC / 8014 BAYBERRY ROAD JACKSONVILLE, FL 32256-7412 | None | | Not Filed |
| 009 | FEDLOAN SERVICING / PO BOX 69184 HARRISBURG, PA 17106 | None | | DirectPay |
| 010 | INTERNAL REVENUE SERVICE / INSOLVENCY PO BOX 7346 / PHILADELPHIA, PA 19101-7346 | 1,504.44 | | Priority |
| 010 | INTERNAL REVENUE SERVICE / INSOLVENCY PO BOX 7346 / PHILADELPHIA, PA 19101-7346 | 1,176.27 | | Unsecured |
| 011 | KOHLS/CAPITAL ONE NA / PO BOX 3043 MILWAUKEE, WI 53201-3043 | None | | Not Filed |
| 012 | LOCHER PAVELKA DOSTAL BRADDY & HAMM / 200 THE OMAHA CLUB 2002 DOUGLAS ST / OMAHA, NE 68102-1210 | None | | Not Filed |
| 013 | MARINERS ATLANTIC PORTFOLIO LLC / PO BOX 660820 DALLAS, TX 75266 | None | | Not Filed |
| 014 | MERCHANT CREDIT ADJUSTERS / C/O JOHN REEFE III 1904 FARNAM ST STE 700 / OMAHA, NE 68102 | None | | Not Filed |

# United States Bankruptcy Court
For The
District of Nebraska

| | | CASE No. 18-81307-TLS |
|---|---|---|
| IN RE: | | |
| RONNIE JEROME EGGERSON<br>8708 NORTH 52ND AVE<br>OMAHA, NE 68152 | DEBRA LOUISE EGGERSON<br>8708 NORTH 52ND AVE<br>OMAHA, NE 68152 | SS #1 XXX-XX-5890<br>SS #2 XXX-XX-7353 |

## NOTICE CONCERNING CLAIMS

Pursuant to Nebraska Rule of Bankruptcy 3007-1(C)(1), the trustee has reviewed the proofs of claim filed in this case and the claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 015 | MIDWEST ASSET CONTROL / 6910 PACIFIC ST #425<br>OMAHA, NE 68106 | None | | Not Filed |
| 016 | NAVIENT / PO BOX 9655<br>WILKES BARRE, PA 18773-9655 | None | | DirectPay |
| 017 | NAVIENT SOLUTIONS INC / PO BOX 9640<br>WILKES-BARRE, PA 18773-9640 | None | | DirectPay |
| 018 | US BANK TRUST NA / C/O SN SERVICING CORP<br>323 5TH STREET / EUREKA, CA 95501 | 105,505.69 | | DirectPay |
| 019 | US BANK TRUST NA / C/O SN SERVICING CORP<br>323 5TH STREET / EUREKA, CA 95501 | 47,364.43 | 10.0000% | Secured |
| 020 | SYNCHRONY BANK / ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 530912 / ATLANTA, GA 30353-0912 | None | | Not Filed |
| 021 | SYNCHRONY BANK / ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 530912 / ATLANTA, GA 30353-0912 | None | | Not Filed |
| 022 | SYNCHRONY BANK/TJX / ATTN: BANKRUPTCY<br>PO BOX 956060 / ORLANDO, FL 32896 | None | | Not Filed |
| 023 | TARGET / BANKRUPTCY DEPT<br>PO BOX 1327 / MINNEAPOLIS, MN 55440 | None | | Not Filed |
| 024 | THE LIMITED / PO BOX 182125<br>COLUMBUS, OH 43218 | None | | Not Filed |
| 025 | US DEPT OF EDUCATION / DIRECT LOAN SERVICING CNTR<br>PO BOX 5609 / GREENVILLE, TX 75403-5609 | None | | DirectPay |
| 026 | VON MAUR / 6565 BRADY ST<br>DAVENPORT, IA 52806 | 200.00 | | Unsecured |
| 027 | WELLS FARGO BANK / PO BOX 6429<br>GREENVILLE, SC 29606 | None | | Not Filed |
| 028 | CAVALRY PORTFOLIO SERVICE, LLC / 500 SUMMIT LAKE DRIVE, SUITE<br>VALHALLA, NY 10595 | 1,204.87 | | Unsecured |
| 029 | ECMC / PO BOX 16408<br>ST PAUL, MN 55116-0408 | 40,397.22 | | DirectPay |

# United States Bankruptcy Court
For The
District of Nebraska

| | | |
|---|---|---|
| **IN RE:** | | CASE No. 18-81307-TLS |
| RONNIE JEROME EGGERSON<br>8708 NORTH 52ND AVE<br>OMAHA, NE 68152 | DEBRA LOUISE EGGERSON<br>8708 NORTH 52ND AVE<br>OMAHA, NE 68152 | SS #1 XXX-XX-5890<br>SS #2 XXX-XX-7353 |

## NOTICE CONCERNING CLAIMS

Pursuant to Nebraska Rule of Bankruptcy 3007-1(C)(1), the trustee has reviewed the proofs of claim filed in this case and the claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 030 | RESURGENT CAPITAL SVCS / PO BOX 10587<br>GREENVILLE, SC 29603-0587 | None | | Unsecured |

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted below the principal amount of the claim. Oversecured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of it.

SAMUEL J TURCO
3006 SOUTH 87TH STREET
OMAHA, NE 68124

| | |
|---|---|
| Claims Paid Through Plan | 51,450.01 |
| Claims Paid Direct | 145,902.91 |
| Total For This Case | 197,352.92 |
| 4,126.00 | Debtor's Attorney |

## NOTICE CONCERNING CLAIMS

At _____OMAHA_____NE_____ on ___01/22/2019___

Pursuant to 11 U.S.C. 502 (a) and Nebraska Rule of Bankruptcy Procedure 3007-1(C)(1), the claims which have been filed as recited above are deemed allowed unless objection is made by the debtor(s) or other party in interest.

Within thirty (30) days from the date of this notice, debtor(s) shall examine the proofs of claim and file a timely written objection to any claim which may be improper. The absence of a written objection will be deemed an approval by the debtor(s) of the claims as recited above.

The Trustee hereby certifies that a true and correct copy of the Trustee's Notice Concerning Claims was served on the debtor's attorney via the CM/ECF system of the United States Bankruptcy Court and a copy was mailed by first class, U.S. Mail, postage prepaid to the Debtor(s) at the address listed above.

Kathleen A. Laughlin
Chapter 13 Trustee